Order issued October *18*, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00760-CV

**SCOTT RIDGE, ET AL., Appellants**

**V.**

**FRED WESTFALL, ET AL., Appellees**

## ORDER

The appeal is **REINSTATED**. By order dated August 15, 2012, the Court abated the appeal to allow the parties to finalize settlement documents and file a motion to dismiss. As of today's date, the Court has not received any correspondence from the parties regarding dismissal. We **ORDER** appellants to file their brief **within twenty days of the date of this order**.

CAROLYN WRIGHT
CHIEF JUSTICE